## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Ana M. McNamara | FILED: JULY 8, 2008 |
| vs. | 08CV3868 |
| Joel F. Handler, et al. | JUDGE KENDALL |
| | MAGISTRATE JUDGE COX |
| | TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANA M. MCNAMRA

| NAME (Type or print) |
|---|
| Beth A. Miller/Steven M. Pontikes |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Beth A. Miller and s/Steven M. Pontikes |

| FIRM |
|---|
| Pontikes & Associates |

| STREET ADDRESS |
|---|
| 111 W. Washington St., Ste. 1221 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| BAM 6203264/ SMP 6183434 | 312-464-1440 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐