# U.S. DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of: | Case Number: |
| Ana McNamara v. Thomas J. Dart et al. | 08 CV 3868 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
1) THOMAS J. DART, Sheriff of Cook County, 2) Martha DiCaro, 3) Cherie Savickas, 4) Shelley Koeller, 5) Renea Fullilove

NAME (Type or print)
Francis J. Catania

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
**s/ Francis J. Catania ARDC # 6203188**

FIRM: COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS: RICHARD J. DALEY CENTER, 50 W Washington Street, Room 500

CITY/STATE/ZIP: CHICAGO ILLINOIS 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| # 6203188 | (312) 603-6572 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   [ **X** ] YES   [ ] NO

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   [ ] YES   [ **X** ] NO

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   [ **X** ] YES   [ ] NO

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   [ **X** ] YES   [ ] NO

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
[ ] RETAINED COUNSEL   [ ] APPOINTED COUNSEL