# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ANA McNAMARA, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 3868 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Virginia M. Kendall |
| JOEL F. HANDLER, an individual, | ) | |
| SHELLY ANN KOELLER, individually and | ) | |
| As agent of the COOK COUNTY SHERIFF'S | ) | |
| OFFICE, RENE FULLALOVE, individually | ) | |
| And as agent of the COOK COUNTY | ) | |
| SHERIFF'S OFFICE, SHERI SAVICKES, | ) | |
| Individually and as agent of the | ) | |
| COOK COUNTY SHERIFF'S OFFICE, and | ) | |
| COOK COUNTY SHERIFF, TOM DART, | ) | |
| And the COUNTY OF COOK, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION BY DEFENDANTS FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME Defendants Koeller, Fullilove, Savickas DiCaro and Dart, by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, Francis J. Catania, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

1) Assistant State's Attorney Francis J. Catania was officially assigned to this case on or about July 29, 2008.

2) Plaintiff alleges in this suit that the Sheriff of Cook County and his employees committed violations of plaintiff's Civil Rights.

3) Certain documents are necessary to prepare a proper answer or other pleading to Plaintiff's allegations in his complaint.

4) These documents have been requested from several entities, including those not in the control of the defendants and will not be received for at

    least 28 days.

5) It is anticipated that these documents may assist in early resolution of the matters before the court.

6) Defendants are not being dilatory in their obligations by making this motion and no prejudice will be caused to plaintiff if an enlargement of time was granted.

**WHEREFORE YOUR DEFENDANT PRAYS:**

1. That this Honorable Court grant an enlargement of time, up to and including September 12, 2008 for the Defendants to answer or otherwise plead;

2. That this Honorable Court grants any other relief it deems just.

    Respectfully Submitted,

    RICHARD A. DEVINE
    State's Attorney of Cook County

By:   /s/ Francis J. Catania
    Francis J. Catania

Francis J. Catania #ARDC 6203188
RICHARD A. DEVINE
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572