## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANA McNAMARA, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 3868 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Virginia M. Kendall |
| JOEL F. HANDLER, an individual, | ) | |
| SHELLY ANN KOELLER, individually et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   SERVICE LIST

**PLEASE TAKE NOTICE that on August 21, 2008 at 9:00 a.m., I shall appear before the Honorable Judge Virginia M. Kendall in the courtroom usually occupied by her, Room 2319 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached MOTION BY DEFENDANTS FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/ Francis J. Catania
Francis J. Catania, Attorney for Defendant
Sheriff of Cook County

RICHARD A. DEVINE
FRANCIS J. CATANIA **ARDC# 6203188**
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572

### CERTIFICATE OF SERVICE

   I, Francis J. Catania, Assistant State's Attorney, certify that I served this notice and referenced motion attached in accordance with the rules and procedures of the CM/ECF system of the United States District Court for the Northern District of Illinois & pursuant to LR 5.9 there are no parties who are not ECF filing users (see service List).

  /s/ Francis J. Catania
Francis J. Catania, Attorney for Defendants

## SERVICE LIST

Beth A. Miller
PONTIKES & ASSOCIATES
111 W. Washington St. Ste 1221
CHICAGO, IL 60602

(312) 464-1440

JOEL F. HANDLER, ESQ.
55 W. Wacker, Suite 950
Chicago, IL 60601

(312) 621-0008