## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| ANA McNAMARA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOEL F. HANDLER, an individual, | ) |
| SHELLEY ANN KOELLER, individually and | ) |
| As agent of the COOK COUNTY SHERIFF'S | ) |
| OFFICE, RENE FULLALOVE, individually | )  Case No. 08 CV 3868 |
| And as agent of the COOK COUNTY | ) |
| SHERIFF'S OFFICE, MARTHA DICARO, | )  Judge Virginia M. Kendall |
| Individually and as agent of the COOK | ) |
| COUNTY SHERIFF'S OFFICE, SHERI | ) |
| SAVICKES, individually and as agent of the | ) |
| COOK COUNTY SHERIFF'S OFFICE, and | ) |
| COOK COUNTY SHERIFF, TOM DART | ) |
| And the COUNTY OF COOK, | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR EXTENSION OF TIME

The Defendant, JOEL F. HANDLER, moves this Court for an extension of time to answer or otherwise plead to the Plaintiff's complaint to August 30, 2008.

WHEREFORE, the Defendant requests that this Court grant his motion and enter an order giving him until September 5, 2008 to answer or otherwise plead to the Plaintiff's complaint.

Respectfully submitted,

_____/s/ Joel F. Handler_____
JOEL F. HANDLER (#1115812)
55 West Wacker Drive, Suite 950
Chicago, Illinois 60601
(312) 621-0008

Attorney for the Defendant,
JOEL F. HANDLER