UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| ANA McNAMARA, <br><br>  Plaintiff, <br><br> v. <br><br> JOEL F. HANDLER, an individual, SHELLEY ANN KOELLER, individually and As agent of the COOK COUNTY SHERIFF'S OFFICE, RENE FULLALOVE, individually And as agent of the COOK COUNTY SHERIFF'S OFFICE, MARTHA DICARO, Individually and as agent of the COOK COUNTY SHERIFF'S OFFICE, SHERI SAVICKES, individually and as agent of the COOK COUNTY SHERIFF'S OFFICE, and COOK COUNTY SHERIFF, TOM DART And the COUNTY OF COOK, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 08 CV 3868 <br><br> Judge Virginia M. Kendall |

## NOTICE OF MOTION

TO:  Steven M. Pontikes, Pontikes & Associates, 111 West Washington Street, Suite 1221, Chicago, Illinois 60602

Frank Catania, Assistant States Attorney, Cook County States Attorney, 500 Richard J. Daley Center, Chicago, Illinois 60602

PLEASE TAKE NOTICE that on the 13th day of August, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia Kendall, or any judge sitting in her stead, in Room 2319, at the United States District Court for the Northern District of Illinois and shall then and there present *Defendant's Motion Extension of Time*, a copy of which is attached and hereby served upon you.

/s/ Joel F. Handler
Joel F. Handler (#1115812)
55 West Wacker Drive, Suite 950
Chicago, Illinois 60601
(312) 621-0008

Attorney for the Defendant,
JOEL F. HANDLER

## CERTIFICATE OF SERVICE

The undersigned hereby certify that I have caused a true and correct copy of the above documents to be sent via e-filing to the person(s) names in the foregoing Notice, a "filing user" pursuant to Case Management/Electronic Case Files, on August 8, 2008, in accordance with rules on electronic filing of documents.

/s/ Joel F. Handler