UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| ANA McNAMARA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOEL F. HANDLER, an individual, )<br>SHELLEY ANN KOELLER, individually and )<br>As agent of the COOK COUNTY SHERIFF'S )<br>OFFICE, RENE FULLALOVE, individually )<br>And as agent of the COOK COUNTY )<br>SHERIFF'S OFFICE, MARTHA DICARO, )<br>Individually and as agent of the COOK )<br>COUNTY SHERIFF'S OFFICE, SHERI )<br>SAVICKES, individually and as agent of the )<br>COOK COUNTY SHERIFF'S OFFICE, and )<br>COOK COUNTY SHERIFF, TOM DART )<br>And the COUNTY OF COOK, )<br>)<br>Defendants. ) | Case No. 08 CV 3868<br><br>Judge Virginia M. Kendall |

## MOTION FOR EXTENSION OF TIME

The Defendant, JOEL F. HANDLER, moves this Court for an extension of time to answer or otherwise plead to the Plaintiff's complaint to September 12, 2008. In support of this motion, the Defendant states:

1. On or about July 16, 2008, the Defendant was served with the Plaintiff's complaint.

2. Due to the Defendant's involvement in the following matters, the Defendant has been unable to prepare a responsive pleading to that complaint:

   i. Preparation of reply memorandum in support of the Defendant's motion to dismiss and for partial summary judgment in *Casey Jones v. CEDA, et. al.*, No. 06 L 10915 presently before Judge Charles Winkler in the Circuit Court of the Cook County;

   ii. Preparation of memorandum in opposition to Plaintiff's motion for a preliminary injunction in *Russian Media Group, LLC v. Cable America, et. al.*, No. 06 C 3578 presently before Judge John Darrah in

the United States District Court for the Northern District of Illinois, Eastern Division;

iii. Preparation for trial in the matter of *Lawrence Foods, Inc. v. Archway Cookies, LLC*, No. 08 M1 131432 before Judge Panarese in the Circuit Court of Cook County;

iv. Preparation of reply memorandum in support of motion for summary judgment in the matter of *Cogan & McNabola, P.C. v. Michael Morganstern, M.D.*, No. 04 L 9162 presently before Judge Charles Winkler in the Circuit Court of Cook County;

3. The Defendant requests this Court's indulgence in extending the time to answer or otherwise plead to the complaint to September 12, 2008.

WHEREFORE, the Defendant, JOEL F. HANDLER, requests that this Court grant his motion and enter an order extending the time to answer or otherwise plead to the Plaintiff's complaint to September 12, 2008. The Defendant requests that this Court award him such other relief as this Court may deem appropriate.

Respectfully submitted,

/s/ Joel F. Handler
JOEL F. HANDLER (#1115812)
55 West Wacker Drive, Suite 950
Chicago, Illinois 60601
(312) 621-0008

Attorney for the Defendant,
JOEL F. HANDLER