BAM:ag                              **Electronically Filed**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | | |
|---|---|---|
| ANA McNAMARA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOEL F. HANDLER, an individual, | ) | |
| SHELLEY ANN KOELLER, individually and | ) | |
| As agent of the COOK COUNTY SHERIFF'S | ) | |
| OFFICE, RENE FULLALOVE, individually | ) | Case No. 08 CV 3868 |
| And as agent of the COOK COUNTY | ) | |
| SHERIFF'S OFFICE, MARTHA DICARO, | ) | Judge Virginia M. Kendall |
| Individually and as agent of the COOK | ) | |
| COUNTY SHERIFF'S OFFICE, SHERI | ) | |
| SAVICKES, individually and as agent of the | ) | |
| COOK COUNTY SHERIFF'S OFFICE, and | ) | |
| COOK COUNTY SHERIFF, TOM DART | ) | |
| And the COUNTY OF COOK, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STATUS REPORT

The parties, by their respective attorneys, submit, pursuant to this Court's order dated July 14, 2008, the following joint status report:

1.     The attorneys of record for each party including the attorney(s) expected to try the case

**Response**:

- Plaintiff, Ana McNamara: Attorneys Beth A. Miller and Steve M. Pontikes of Pontikes and Associates, 111 West Washington Street, Suite 1221, Chicago, Illinois 60602;

- Defendant, Joel F. Handler: Attorney Joel F. Handler, 55 West Wacker Drive, Suite 950, Chicago, Illinois 60601;

- Defendants Shelley Ann Koeller, Rene Fullilove, Martha DiCaro, Sheri Savickes and Cook County Sheriff, Tom Dart, and the County of Cook: Attorney Francis J. Catania, Richard J. Daley Center, 50 West Washington Street, Room 500, Chicago, Illinois 60602.

2.    The basis for federal jurisdiction

**Response**:    The Plaintiff alleges that this Court has jurisdiction pursuant to 42 U.S.C. § 1983, 28 U.S.C. § 1331 and 1343(a); the Constitution of the United States, and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.    The Defendants deny that this Court has jurisdiction under any of the above statutory sections or the Constitution of the United States.

3.    The nature of the claims asserted in the complaint and any expected counterclaim

**Response**:    The Plaintiff alleges claims for false arrest and detention, conspiracy, intentional interference with business relations, negligent and intentional infliction of emotional distress, abuse of process and improper arrests pursuant to 705 ILCS 205/9 and 725 ILCS 5/107-7.   Due to the infancy of this case, the Defendants have not presently determined whether they will be filing any counterclaims against the Plaintiff.

4.    The name of any party not yet served and the circumstances regarding non-service

**Response**:    All parties have been served.

5.    The principal legal issues

**Response**:    Presently, the Defendants raise the issue of whether the complaint states a cause of action for violation of the Plaintiff's constitutional rights pursuant to 42 U.S.C. § 1983 or under the Constitution of the United States. As such, the Defendants plan to shortly file a motion to dismiss the Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.    The Defendants will also be seeking to dismiss the supplemental jurisdiction claims raised in the complaint.

6.    The principal factual issues

**Response**:    The Defendants question whether there was a false arrest and detention, or conspiracy, or any tort claim and will seek determination of facts tending to negate such claims.

7.    Whether a jury trial is expected by either party

**Response**:    The Plaintiff has requested a jury trial but the Defendants have not yet sought a jury trial in this case.

8.    A short description of any discovery undertaken to date and any anticipated in the future;

**Response**:    No discovery has been undertaken to date. In fact, the Defendants will request that this Court stay discovery pending ruling on their contemplated motions to dismiss the Plaintiff's complaint. Assuming that the Defendants are unsuccessful in their motions, the Defendants will be seeking written discovery

from the Plaintiff seeking the identity of individuals as well as documents substantiating the allegations in the Plaintiff's complaint. Plaintiff will be seeking party and witness depositions as well as seeking written and oral discovery from Defendants identifying persons with knowledge of the facts as well as documents substantiating Defendants defenses.

9.      The earliest date the parties will be ready for trial and the length of the trial;

**Response**:    The Defendants currently cannot determine the earliest date the parties will be ready for trial in light of the contemplated motion to dismiss and having received no responses to any discovery. The Defendants anticipate, however, that this trial would take at least one (1) week.

10.    Whether the parties unanimously consent to proceed before the Magistrate Judge:

**Response**:    The parties do not unanimously consent to proceed before the Magistrate Judge.

10.    The status of any settlement discussions and whether the parties request a settlement conference.

**Response**:    No settlement discussions have occurred and, presently, the Defendants do not request a settlement conference.

_____s/Beth A. Miller_____

Beth A. Miller
Steven M. Pontikes
Pontikes & Associates
111 W. Washington Street, Suite 1221
Chicago, Illinois 60602
(312) 464-1440

Attorney for Plaintiff,
Ana McNamara


_____s/ Francis J. Catania_____

Francis J. Catania
Richard J. Daley Center
50 West Washington Street, Room 50
Chicago, Illinois 60602
(312) 603-6572

Attorney for Defendants,
Shelley Ann Koeller, Rene Fullilove,
Martha DiCaro, Sheri Savickes and
Cook County Sheriff, Tom Dart and the
County of Cook

_____s/ Joel F. Handler_____

Joel F. Handler
55 West Wacker Drive, Suite 950
Chicago, Illinois 60601
(312) 621-0008

Attorney for Defendant,
Joel F. Handler