UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| ANA McNAMARA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOEL F. HANDLER, an individual, )<br>SHELLEY ANN KOELLER, individually and )<br>As agent of the COOK COUNTY SHERIFF'S )<br>OFFICE, RENE FULLALOVE, individually )<br>And as agent of the COOK COUNTY )<br>SHERIFF'S OFFICE, MARTHA DICARO, )<br>Individually and as agent of the COOK )<br>COUNTY SHERIFF'S OFFICE, SHERI )<br>SAVICKES, individually and as agent of the )<br>COOK COUNTY SHERIFF'S OFFICE, and )<br>COOK COUNTY SHERIFF, TOM DART )<br>And the COUNTY OF COOK, )<br>)<br>Defendants. ) | Case No. 08 CV 3868<br><br>Judge Virginia M. Kendall |

## NOTICE OF FILING

TO:   Joel F. Handler, 55 West Wacker Drive, Suite 950, Chicago, Illinois 60601

Francis J. Catania, Assistant States Attorney, Cook County States Attorney, 500 Richard J. Daley Center, Chicago, Illinois 60602

PLEASE TAKE NOTICE that on the 3rd day of September, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois the *Joint Status Report*, a copy of which is attached hereto and hereby served upon you.

Beth A. Miller (#6203264)
Pontikes & Associates
111 W. Washington Street, St. 1221
Chicago, Illinois 60602
(312) 464-1440

Attorney for the Plaintiff,
ANA McNAMARA

## CERTIFICATE OF SERVICE

The undersigned hereby certify that I have caused a true and correct copy of the above documents to be sent via e-filing to the person(s) names in the foregoing Notice, a "filing user" pursuant to Case Management/Electronic Case Files, on September 3, 2008, in accordance with rules on electronic filing of documents.

/s/ Beth A. Miller